In the Matter of Application of THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK for Removal from Office of ALBERT H. VITALE, City Magistrate.— Hearing of the charges to be heard in open court at the Appellate Division Court House, First Department, beginning Tuesday, March 11, 1930, from ten o'clock A. M. to one o'clock P. M., and from day to day thereafter until the hearing is closed. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY G. INGERSOLL, Appellant, v. NEW YORK EDISON COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAY WILLIAMS, Appellant.— Judgment so far as appealed from affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Estate of HUGH MARTIN, Deceased.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Dowling, P. J., dissents.

WILLIAM C. FEATHERS, as Sole Surviving Substituted Trustee, etc., Re Rent of Certain Subleases of Portions of Pier New No. 39, North River, City of New York, Assigned to Them by THE NEW YORK RAILROAD AND STEAMBOAT TERMINAL COMPANY, INC., and Others, Respondents, v. THE CENTRAL RAILROAD COMPANY OF NEW JERSEY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

DAVID WEIDNER, Respondent, v. JEROME STOLIER and 21 WEST 86TH STREET CORPORATION, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

MAX MUNCHICK and ISIDORE MUNCHICK, Doing Business under the Firm Name and Style of MUNCHICK BROTHERS, Respondents, v. CANADIAN PACIFIC RAILWAY COMPANY, Appellant.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; Merrell, J., dissent.

C. & E. CHAPAL FRERES & CIE, INC., Appellant, v. CHARLES GEWIRTZ, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL DONOVAN, Appellant.— Judgment so far as appealed from affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.